UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KRISTEN DYER				JURY TRIAL DEMANDED

v.					CASE NO. 3:09cv

COMMONWEALTH FINANCIAL SYSTEMS, INC.
        d/b/a NCC

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court's jurisdiction is conferred by l5 U.S.C. § l692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who resides in CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant has a place of business at 245 Main Street, Dickson City PA 18519   which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff in an effort to collect  an old personal account.

7. Defendant did not identify the creditor except as a d/b/a of about 40 companies.

8. Defendant included a processing fee as to credit card payment which was not allowed by contract or law.

9. Defendant included a privacy notice that reserved the right to disclose information about plaintiff with nonaffiliated companies, contrary to the express provisions of the FDCPA.

FIRST COUNT

10. In the collection efforts,  defendant violated the FDCPA, *inter alia*, § 1692e, -f, or -g.

SECOND COUNT

11. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

12. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication against defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY___/s/_____
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net